# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DIARRO C. LEWIS,<br><br>    Defendant. | Case No. 3:18-CR-30044-NJR |

# FINAL ORDER OF FORFEITURE

**ROSENSTENGEL, Chief Judge:**

On February 27, 2019, this Court entered a Preliminary Order of Forfeiture against defendant Diarro Lewis (Doc. 33) for the following property which had been seized from him:

**A Taurus, Modell PT111 Millennium G2, .9mm caliber pistol, bearing serial number TIS63385, and any and all ammunition contained therein.**

The Order noted that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning June 30, 2019, and ending July 29, 2019 (Doc. 40). No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the

above-described property that is the subject of the Preliminary Order of Forfeiture filed February 27, 2019, namely

**A Taurus, Modell PT111 Millennium G2, .9mm caliber pistol, bearing serial number TIS63385, and any and all ammunition contained therein.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**IT IS SO ORDERED.**

**DATED: September 17, 2019**

s/ *Nancy J. Rosenstengel*
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**